IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-1458-RPM

THORNTON LLC,

    Plaintiff,

v.

ALBERTSON'S, LLC;
HAMPTON LEASED COLORADO, LLC;
BRIAN LEVITT;
JEFF ROBINSON; and
SCOTT ROBINSON,

    Defendants.

---

ORDER OF DISMISSAL WITHOUT PREJUDICE
---

Pursuant to the Notice of Dismissal Without Prejudice, filed August 30, 2010 [20], it is

ORDERED that this civil action is dismissed without prejudice.

DATED: August 31st , 2010

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge